# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JAVIER URQUIDEZ,<br><br>    Defendant. | Case No.: 18-CR-0721-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 7, 2018

*/s/ Gonzalo P. Curiel*
Hon. Gonzalo P. Curiel
United States District Judge